# United States Court of Appeals for the Federal Circuit

---

January 20, 2016

**ERRATA**

---

Appeal No. 2015-1047

**REDLINE DETECTION, LLC,**
*Appellant*

**v.**

**STAR ENVIROTECH, INC.,**
*Appellee*

Decided: December 31, 2015
Precedential Opinion

---

Please make the following changes:

On page twenty-four, lines 1–9, replace the sentence

> When asserting that a claimed invention would have been obvious, that party "must demonstrate by clear and convincing evidence that a skilled artisan would have had reason to combine the teaching of the prior art references to achieve the claimed invention, and that the skilled artisan would have had a reasonable expectation of success from doing so." *PAR Pharm., Inc. v. TWI Pharm., Inc.*, 773 F.3d

1186, 1193 (Fed. Cir. 2014) (internal quotation marks and citations omitted).

with the following sentence:

When asserting that a claimed invention would have been obvious, that party "must demonstrate . . . that a skilled artisan would have had reason to combine the teaching of the prior art references to achieve the claimed invention, and that the skilled artisan would have had a reasonable expectation of success from doing so." *PAR Pharm., Inc. v. TWI Pharm., Inc.*, 773 F.3d 1186, 1193 (Fed. Cir. 2014) (internal quotation marks and citations omitted); *see Ariosa Diagnostics v. Verinata Health, Inc.*, 805 F.3d 1359, 1364–65 (Fed. Cir. 2015); *see also* 35 U.S.C. § 316(e) ("In an inter partes review instituted under this chapter, the petitioner shall have the burden of proving a proposition of unpatentability by a preponderance of the evidence.").